UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SHARI WILLIAMS,                                    Case No. 26-CV-1039 (PJS/DJF)

          Plaintiff,

v.                                                                      ORDER OF DISMISSAL

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

          Defendant.

_____

Based upon the Joint Stipulation of Dismissal with Prejudice filed by the parties

on June 17, 2026 [ECF No. 15],

IT IS ORDERED that this action is dismissed with prejudice and on the merits,

without costs or disbursements to any party.


Dated: June 17, 2026                                    /s/ Patrick J. Schiltz
                                              Patrick J. Schiltz, Chief Judge
                                            United States District Court